# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Courtney Richmond,  Civil No. 14-cv-1725 (PJS/TNL)

      Plaintiff,

v.  **ORDER**

State of Minnesota, et al.,

      Defendants.

Courtney Richmond, 820 Sixth Street South, Hopkins, MN 55343 (pro se Plaintiff).

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 22, 2014 [Docket No. 5], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff Courtney Richmond's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

2. The complaint [ECF No. 1] is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  September 10, 2014            s/Patrick J. Schiltz  
                                                      The Honorable Patrick J. Schiltz  
                                                      United States District Court Judge  
                                                      for the District of Minnesota